Mildred B. White, Plaintiff-Appellant, v. Oscar Ennenga, Defendant-Appellee.

Gen. No. 10,951.

Second District.

August 2, 1956.

Released for publication August 18, 1956.

Williams, McCarthy & Kinley, for plaintiff-appellant; Maynard & Maynard, for defendant-appellee; James F. Maynard of counsel. Opinion by JUSTICE EOVALDI. Not to be published in full.